FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 MAR 14  AM 10:50

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY STENSTROM,

    Defendant.

8:22CR 55

INFORMATION
26 U.S.C. 7201

The United States Attorney charges:

## COUNT I

That from on or about the 15th day of April, 2013, and continuing through on or about the 14th day of December 2018, in the District of Nebraska and elsewhere, the defendant, JEFFREY STENSTROM, did willfully attempt to evade and defeat the payment of a substantial income tax due and owing by him to the United States of America for the calendar years of 2012 through 2016, by failing to file U.S. Individual Income Tax Returns (Forms 1040) for any of these years and by committing the following affirmative act, to wit: submitting a signed Form 433-A to an IRS Revenue Officer in which the defendant, JEFFREY STENSTROM, failed to disclose his ownership interest in the following assets:

- A home in Queen Creek, Arizona
- Ferrari 488 Coupe
- A boat
- An ATV
- A Jeep
- A home in Fremont, Nebraska
- A transfer of a home in Gilbert, Arizona

UNITED STATES OF AMERICA,
Plaintiff

JAN W. SHARP
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Sean P. Lynch* (signature)

SEAN P. LYNCH, #25275
Assistant U.S. Attorney