IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:22CR55** |
| v. | |
| JEFFREY STENSTROM, | **ORDER** |
| Defendant. | |

This matter is before the Court on the magistrate judge's[1] Findings and Recommendation on Plea of Guilty (Filing No. 8) recommending that the Court accept defendant Jeffrey Stenstrom's guilty plea. Neither party has objected to the Findings and Recommendation. The Court has completed a de novo review of the record and accepts the magistrate judge's Findings and Recommendation. *See* 28 U.S.C. § 636(b)(1)(C); NECrimR 11.2(d). Accordingly,

IT IS ORDERED:

1.  The magistrate judge's Findings and Recommendation on Plea of Guilty (Filing No. 8) are accepted.

2.  The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary and that a factual basis exists for the plea.

3.  The Court defers acceptance of the plea agreement until the time of sentencing pursuant to Federal Rule of Criminal Procedure 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence.

4.  This case shall proceed to sentencing.

---

[1]The Honorable Michael D. Nelson, United States Magistrate Judge for the District of Nebraska.

Dated this 29th day of March 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge